```
 1
 2
 3
 4
 5
 6                      UNITED STATES DISTRICT COURT
 7                     EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,
10           Plaintiff,
11              v.                      CR. NO. S-02-152 LKK
12  PATRICIA K. THOMAS,
13           Defendant.
                                    /
14  ─────────────────────────────────
    UNITED STATES OF AMERICA,
15
             Plaintiff,
16
                v.                      MISC. NO. S-11-64 LKK
17
    PATRICIA K. THOMAS,
18
                                        RELATED CASE ORDER
19           Defendant and
             judgment debtor.
20  ─────────────────────────────────/
    BRASHER'S SACRAMENTO AUTO
21  AUCTION,
22           Garnishee.
                                    /
23  ─────────────────────────────────
24      The court has received the Notice of Related Cases filed July
25  1, 2011.  Examination of the above-entitled actions reveals that
26  the two (2) actions are related within the meaning of
```

Local Rule 123(a), E.D. Cal. (2011) because both actions involve the same parties and are based on the same claim.

Because the cases are already assigned to the same district judge, this order is issued for informational purposes only and shall have no effect on the status of the cases.

IT IS SO ORDERED.

DATED: July 20, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2