IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>PATRICIA K. THOMAS,<br><br>　　　Defendant and Judgment Debtor.<br><br>BRASHER'S SACRAMENTO AUTO AUCTION,<br><br>　　　Garnishee. | Misc. No. 2:11-MC-00064-LKK -KJN<br><br>Criminal No. 2:02CR00152-01 LKK<br><br>[proposed] ORDER APPROVING STIPULATION TO CONTINUE GARNISHMENT HEARING |

The Stipulation to Continue Garnishment Hearing, filed herein on August 25, 2011, Doc. #10, is hereby APPROVED.  Accordingly, the garnishment hearing presently scheduled for September 8, 2011, shall be continued to October 20, 2011, at 10:00 a.m., before the Honorable Kendall J. Newman, United States Magistrate Judge, in Courtroom 25 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

　　　IT IS SO ORDERED.

DATED: August 26, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order Approving Stipulation to Continue
Garnishment Hearing                                        1