IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>PATRICIA K. THOMAS,<br><br>　　　Defendant and Judgment Debtor.<br><br>BRASHER'S SACRAMENTO AUTO AUCTION,<br><br>　　　Garnishee. | Misc. No. 2:11-MC-00064-LKK -KJN<br><br>Criminal No. 2:02CR00152-01 LKK<br><br><br>[~~proposed~~] ORDER APPROVING STIPULATION TO CONTINUE GARNISHMENT HEARING |

The Stipulation to Continue Garnishment Hearing, filed herein on October 17, 2011, Doc. #15, is hereby APPROVED.  Accordingly, the garnishment hearing presently scheduled for October 20, 2011, shall be continued to November 10, 2011, at 10:00 a.m., before the Honorable Kendall J. Newman, United States Magistrate Judge, in Courtroom 25 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

　　　　IT IS SO ORDERED.

DATED:  October 18, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order Approving Stipulation to Continue Garnishment Hearing　　　　1