1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              )      Misc. No. 2:11-MC-00064-LKK -KJN
                                             )
12            Plaintiff,                      )      Criminal No. 2:02CR00152-01 LKK
                                             )
13            v.                              )
                                             )
14    PATRICIA K. THOMAS,                    )
                                             )      [proposed] ORDER APPROVING
15            Defendant and Judgment Debtor.  )      STIPULATION TO CONTINUE
                                             )      GARNISHMENT HEARING
16    _____ )
                                             )
17    BRASHER'S SACRAMENTO AUTO              )
      AUCTION,                               )
18            Garnishee.                      )
                                             )
19    _____ )

20            The Stipulation to Continue Garnishment Hearing, filed herein on October 17, 2011,

21    Doc. #15, is hereby APPROVED.  Accordingly, the garnishment hearing presently scheduled for

22    October 20, 2011, shall be continued to November 10, 2011, at 10:00 a.m., before the Honorable

23    Kendall J. Newman, United States Magistrate Judge, in Courtroom 25 of the  Robert T. Matsui

24    United States Courthouse, 501 I Street, Sacramento, California.

25            IT IS SO ORDERED.

26    DATED:  October 18, 2011

27                                                   _____
                                                     KENDALL J. NEWMAN
28                                                   UNITED STATES MAGISTRATE JUDGE

Order Approving Stipulation to Continue
Garnishment Hearing                           1