IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PATRICIA K. THOMAS,<br><br>　　　　Defendant and Judgment Debtor.<br><br>BRASHER'S SACRAMENTO AUTO AUCTION,<br><br>　　　　Garnishee. | Misc. No. 2:11-mc-00064-LKK-KJN<br><br>Criminal No. 2:02-CR-00152-01 LKK<br><br>[~~proposed~~] ORDER TO SHOW CAUSE TO GARNISHEE BRASHER'S SACRAMENTO AUTO AUCTION RE: FAILURE TO COMPLY WITH A WRIT OF CONTINUING GARNISHMENT [28 U.S.C. § 3205(c)(6)] |

　　　　Upon review of the "Petition for Order Requiring Garnishee Brasher's Sacramento Auto Auction to Appear Before the Court and Show Cause Why it Failed to Comply with a Writ of Continuing Garnishment" ("Petition") and the Declaration of Shari M. Jochem filed in support of the Petition by the United States of America, IT IS HEREBY ORDERED that:

　　　　1.　　Garnishee BRASHER'S SACRAMENTO AUTO AUCTION ("Garnishee") shall appear before the undersigned magistrate judge, in the Robert T. Matsui United States Courthouse, 501 "I" Street, Courtroom 25 (8th Floor), Sacramento, California, on **February 9, 2012**, at 10:00 a.m., to show good cause why it failed to comply with the Writ of Continuing Garnishment (Wages) ("Writ") (Dkt. No. 6, Doc. No. 6-2), and why the court should not enter judgment against it for the value of the disposable earnings it was required to withhold from Defendant and Judgment

1  Debtor Patricia K. Thomas's pay in accordance with the Writ between service of the Writ on July 15,
2  2011, and the Court's November 14, 2011 interim order, pursuant to 28 U.S.C. § 3205(c)(6).
3        2. Plaintiff shall serve a copy of this Order to Show Cause on the Garnishee by
4  certified mail within seven (7) days of the date of entry of this Order to Show Cause, at the address
5  that the Garnishee provided in its Acknowledgment of Service and Answer of Garnishee (Wages)
6  (Dkt. No. 7).
7        3. *Within 21 days of service of a copy of this Order to Show Cause, the*
8  *Garnishee shall file and serve a written response to the Petition*, supported by an appropriate
9  declaration or declarations, as well as any motions the Garnishee desires to make.  Plaintiff may file
10 a reply brief on or before February 2, 2012.
11       IT IS SO ORDERED.
12 DATED: December 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE