1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12   UNITED STATES OF AMERICA,              )      Misc. No. 2:11-MC-00064-LKK-KJN
                                            )
13            Plaintiff,                    )      Criminal No. 2:02CR00152-01 LKK
                                            )
14               v.                         )
                                            )
15   PATRICIA K. THOMAS,                    )      [proposed] ORDER RE STIPULATION
                                            )      BETWEEN UNITED STATES AND
16        Defendant and Judgment Debtor.    )      GARNISHEE BRASHER'S SACRAMENTO
   _____       )      AUTO AUCTION TO WITHDRAW UNITED
17                                          )      STATES' PETITION FOR ORDER TO SHOW
   BRASHER'S SACRAMENTO AUTO               )      CAUSE
18   AUCTION,                               )
                                            )
19            Garnishee.                    )
   _____       )

20
21          On December 21, 2011, the court entered, at plaintiff's request, an Order to Show

22   Cause concerning Garnishee Brasher's Sacramento Auto Auction, and set a show cause hearing date

23   of February 9, 2012.  The United States of America and Garnishee Brasher's Sacramento Auto

24   Auction ("Brasher's") have entered into a stipulation to withdraw the United States' petition for an

25   order to show cause, filed herein on December 12, 2011.  Upon review of the stipulation, IT IS

26   HEREBY ORDERED that:

27          1.      The United States and Brasher's stipulation (Dkt. No. 26) is APPROVED.

28          2.      Within 14 days of the date of this order, Brasher's will remit to the Court, as

set forth below, the total sum of $3,671.03, which represents the sum it was required under the writ

of garnishment to withhold from the wages of Judgment Debtor and Brasher's employee Patricia K.

Thomas ("Thomas") for the paychecks between July 15, 2011 (the date of service of the writ of

garnishment on Brasher's) and November 1, 2011 (the end of the bi-weekly pay period preceeding

the Court's November 14, 2011 interim order, Doc. #18), to be applied towards Thomas' restitution.

        3.     Brasher's shall remit the payment in United States currency, certified funds or

cashier's check.  If payment is made by monetary instrument, the instrument must be made payable

to the *"Clerk of the Court"* and the face of the instrument must indicate that the payment is being

made on behalf of *"Patricia K. Thomas, Criminal Case No. 2:02-CR-00152-LKK."*  The payment

must be delivered to:

> Clerk of the Court
> Robert Matsui Federal Courthouse
> 501 I Street, Suite 4-200
> Sacramento, CA 95814.

        4.     The Order to Show Cause filed on December 21, 2011 (Dkt. No. 23), is

discharged, and the hearing thereon scheduled for February 9, 2012, is vacated.

        IT IS SO ORDERED.

DATED:  January 5, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE