IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                  No. 2:11-mc-00064 LKK KJN

       v.

PATRICIA K. THOMAS,

        Defendant and
        Judgment Debtor.        ORDER TO SHOW CAUSE
_____/

       On November 30, 2011, the undersigned entered an Order to Show Cause ("OSC") concerning the failure of defendant's counsel, Mark S. Axup, to timely file a court-ordered supplemental brief in connection with a garnishment proceeding. (OSC, Nov. 30, 2011, Dkt. No. 19.) In relevant part, the OSC provided:

> 1.   *On or before December 8, 2011*, Mr. Axup shall show good cause in writing: (1) why he failed to file a supplemental response to the Application on defendant's behalf; (2) why monetary sanctions should not be imposed on him personally; and (3) why the Application should not be summarily granted.
>
> 2.   Mr. Axup's failure to respond to this order shall provide additional grounds for the imposition of monetary sanctions on him personally.

(Id. at 2.)

////

1

Although Mr. Axup filed an untimely supplemental brief on defendant's behalf on December 1, 2011 (Dkt. No. 20), Mr. Axup failed to file a response to the OSC. Accordingly, IT IS HEREBY ORDERED that:

1. *On or before January 18, 2012*, Mr. Axup shall show good cause in writing: (1) why he failed to file a timely supplemental response to the underlying application for a writ of continuing garnishment on defendant's behalf; (2) why monetary sanctions should not be imposed on him personally; and (3) why the defendant's untimely supplemental brief should be considered by the court.

2. Mr. Axup's failure to respond to this order shall provide additional grounds for the imposition of monetary sanctions on him personally.

IT IS SO ORDERED.

DATED: January 9, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE