IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Misc. No. 2:11-mc-00064-LKK-KJN |
| Plaintiff, | Criminal No. 2:02-CR-00152-01 LKK |
| v. | |
| PATRICIA K. THOMAS, | ORDER OF GARNISHMENT (WAGES) |
| Defendant and Judgment Debtor. | |
| BRASHER'S SACRAMENTO AUTO AUCTION, | |
| Garnishee. | |

A Writ of Garnishment (Wages), directed to the Garnishee Brasher's Sacramento Auto Auction, has been duly issued and served upon the Garnishee in order to garnish the wages of Defendant and Judgment Debtor Patricia K. Thomas ("Judgment Debtor"), to be applied towards satisfaction of the outstanding criminal judgment entered against her on October 2, 2002, in Criminal Case No. 2:02-CR-00152-LKK, for restitution in the amount of $1,651,574.92, plus statutory interest. The debt balance as of October 3, 2011, was $1,860,660.43; interest accrues at 1.550 percent ($69.31 per day).

On July 25, 2011, the Garnishee Brasher's Sacramento Auto Auction filed an Acknowledgment of Service and Answer of Garnishee (Wages). Doc. #7.

////

The Judgment Debtor was served by the Garnishee with the Answer of Garnishee as set forth in 28 U.S.C. § 3205(c)(5). *Id.* at 4. On August 5, 2011, the Judgment Debtor filed a written objection to the garnishment and requested a hearing as set forth in 28 U.S.C. § 3205(c)(5). Doc. #9.

On November 10, 2011, a garnishment hearing was held before U.S. Magistrate Judge Kendall J. Newman on this matter in response to the Judgment Debtor's request. Bobbie J. Montoya, Assistant U.S. Attorney, appeared on behalf of Plaintiff United States of America; Mark S. Axup, Esq., appeared on behalf of Patricia K. Thomas, the Judgment Debtor.

After hearing oral argument from the parties and reviewing all of the papers on file herein, the Magistrate Judge issued findings and recommendations, Doc. #30, that (1) the exceptions to the garnishment claimed by the Judgment Debtor do not apply to protect her wages from this garnishment proceeding, (2) the Judgment Debtor's request for exemptions for tithing and paying tax deficiencies be denied, and (3) a final order of garnishment be entered that garnishes 25 percent of the Judgment Debtor's bi-weekly disposable earnings,[1] to be applied towards the balance she owes in criminal restitution. On January 18, 2012, the findings and recommendations were filed and served on all parties, and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that

1. The findings and recommendations filed January 18, 2012, are adopted in full;

2. Garnishee **Brasher's Sacramento Auto Auction** shall withhold and pay over to the Clerk of the Court 25% of all disposable wages earned by Patricia K. Thomas until the sum of $1,860,660.43, plus accruing interest, less any payments credited since October 3, 2011, is paid in full; and

////

---

[1] "'Disposable earnings' means that part of earnings remaining after all deductions required by law have been withheld." 28 U.S.C. § 3002(5).

2

3. Payments must be made in United States currency, certified funds or cashier's check. If payment is made by monetary instrument, the instrument must be made payable to the *"Clerk of the Court"* and the face of the instrument must indicate that the payment is being made on behalf of *"Patricia K. Thomas, Criminal Case No. 2:02-CR-00152-LKK."* The payment must be delivered to:

>Clerk of the Court
>Robert Matsui Federal Courthouse
>501 I Street, Suite 4-200
>Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: March 9, 2012.

>_____
>LAWRENCE K. KARLTON
>SENIOR JUDGE
>UNITED STATES DISTRICT COURT

Presented by:

BENJAMIN B. WAGNER
United States Attorney


        */s/ Bobbie J. Montoya*
By: _____
    BOBBIE J. MONTOYA
    Assistant U.S. Attorney