PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>PATRICIA K. THOMAS,<br><br>      Debtor.<br><br>BRASHER'S SACRAMENTO AUTO AUCTION,<br><br>      Garnishee. | No. 2:11-mc-00064 DJC DB<br><br>**ORDER TERMINATING GARNISHMENT**<br><br>Criminal Case No. 2:02-CR-00152-01-LKK |

The Court, having reviewed the entire file in this matter, and the United States of America's Request for an Order Terminating Writ of Garnishment, and good cause appearing**, IT IS HEREBY ORDERED THAT**, pursuant to 28 U.S.C. § 3205(c)(10), the Order of Garnishment (Wages) issued on March 9, 2012 (ECF 33) is TERMINATED.

////

////

ORDER TERMINATING GARNISHMENT

The Clerk of Court is directed to CLOSE this miscellaneous case.

Dated:  May 29, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\USvThomas0064.term.garn.ord

ORDER TERMINATING GARNISHMENT